# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DOMINIC RIZZUTO
- **Case Number:** 15-21119-CMB        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 14, 2016  10:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/21/16 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#75 - Amended Plan dated 6-17-16 - NFC
R / M #:  75 / 0

### Appearances:

- **Debtor:**
- **Trustee:** Winnecour / Bedford / (Pail) Katz    *Colaizzi*
- **Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __8/25/16__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: