UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** DOMINIC RIZZUTO
**Case Number:** 15-21119-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 25, 2016  11:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/30/16 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#75 - Continued Confirmation of Plan Dated 6/17/2016 - NFC
R / M #:  75 / 0

## Appearances:

**Debtor:** Colaizzi
**Trustee:** Winnecour / (Bedford) / Pail / Katz

**Creditor:**

**Proceedings:** 2015 tax return received. Gave Atty a DSO form for debtor to complete.

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11      **CONFIRMATION ORDER TO BE SUBMITTED**
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: The section 341 meeting is closed.

8/18/2016   2:19:35PM