Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Dominic Rizzuto** : Case No. 15–21119–CMB
    *Debtor(s)* : Chapter: 13
:
Lakeview Loan Servicing, LLC :
    *Movant,* :
: Related to Claim No. 3
    v. :
Dominic Rizzuto :
Ronda J. Winnecour, Esq., Trustee :
    *Respondent.* :
:
:
:
:
:
:

## ORDER

    **AND NOW**, this **5th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Lakeview Loan Servicing, LLC* at Claim No. 3 in the above–captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dominic Rizzuto  
      Debtor

Case No. 15-21119-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 05, 2016  
                     Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db            +Dominic Rizzuto,    817 State Route 18,    Aliquippa, PA 15001-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,  
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
         Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union  
          erindyer@wvlegalcounsel.com  
         Erin P. Dyer    on behalf of Creditor    West Aircomm Federal Credit Union  
          erindyer@wvlegalcounsel.com  
         Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC  
          bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert J. Colaizzi    on behalf of Debtor Dominic   Rizzuto robert@colaizzilaw.com,  
          andrea@colaizzilaw.com;barb@colaizzilaw.com;colaizzilawfirm@yahoo.com;accounting@colaizzilaw.com  
         Robert J. Colaizzi    on behalf of Plaintiff Dominic   Rizzuto robert@colaizzilaw.com,  
          andrea@colaizzilaw.com;barb@colaizzilaw.com;colaizzilawfirm@yahoo.com;accounting@colaizzilaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                         TOTAL: 9