IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-21119-CMB |
| DOMINIC RIZZUTO, | |
| Debtor. | Chapter 13 |

_____

LAKEVIEW LOAN SERVICING, LLC,

    Movant,

    v.                                                                      Related to Claim No. 3

DOMINIC RIZZUTO and                                     Related to Doc. No. 84
RONDA J. WINNECOUR, ESQUIRE,
TRUSTEE,

    Respondent.

## DECLARATION REGARDING THE NOTICE OF MORTGAGE PAYMENT CHANGE FOR LAKEVIEW LOAN SERVICING, LLC

1. A Chapter 13 case and Chapter 13 Plan were filed.

2. On December 2, 2016, Creditor Lakeview Loan Servicing, LLC, Claim #3, filed a Notice of Mortgage Payment Change.

3. Debtor declares that the current Chapter 13 Plan is sufficient to cover the change in mortgage payment for Claim #3.

    Respectfully submitted,

    Colaizzi Law Firm, P.C.
    By: /s/ Robert J. Colaizzi, Esquire
    Attorney for the Debtors
    950 Greentree Road, Suite 203
    Pittsburgh, PA   15220
    (412)922-9909
    Pa. ID No. 52696

Dated: December 11, 2016