**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/18/2017

IN RE:

DOMINIC RIZZUTO
817 STATE ROUTE 18
ALIQUIPPA, PA 15001
XXX-XX-7321          Debtor(s)

Case No. 15-21119 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/18/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LOAN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  1,195.49<br>COMMENT:  NO NUM/SCH*BARCLAYS BANK~JUNIPER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3823 |
| **WEST-AIRCOMM FCU**<br>POB 568<br><br><br>BEAVER, PA  15009-0568 | Trustee Claim Number:3   INT %:  6.00%<br>Court Claim Number:2<br><br>CLAIM:  5,886.20<br>COMMENT:  8500/STIP-PL@6%~PMT/STIP*12970.63/CL*PIF/CRED*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7321 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br><br>IRVING, TX  75016-8088 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/CONF*NtPROV/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br><br>IRVING, TX  75016-8088 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/CONF*NtPROV/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK**<br>POB 400*<br><br><br>INDIANA, PA  15701 | Trustee Claim Number:6   INT %:  4.00%<br>Court Claim Number:4<br><br>CLAIM:  24,500.00<br>COMMENT:  $/DOE-PL@4%*PMT/CONF*W/58*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  2911 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:3-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  2502 |
| **BEAVER COUNTY****<br>OFFICE OF DOMESTIC RELATIONS**<br>800 3RD ST<br><br>BEAVER, PA  15009 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NtPROV/PL*ND DSO INFO | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **ARS**<br>POB 80766<br><br><br>VALLEY FORGE, PA  19484 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ALLEGHENY CLINIC**<br>PO BOX 848659<br><br><br>BOSTON, MA  02284 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Credit Info |
|---|---|---|
| **ALLIED ADJUSTORS**<br>POB 1006<br>ALIQUIPPA, PA 15001 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **BEST BUY++**<br>POB 17298<br>BALTIMORE, MD 21297 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CHASE**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA(*)**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CLARKE AND CLARKE PATHOLOGY**<br>5700 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLLECTION SERVICE CENTER INC**<br>106 N MCKEAN ST<br>PO BOX 1623<br>BUTLER, PA 16003-1623 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA 15243-0446 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA 15243-0446 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA 98057 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV 89193 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DIVERSIFIED CONSULTANTS**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FST BANKCARD**<br>PO BOX 3412<br>OMAHA, NE 68197 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CARE CREDIT**<br>950 FORRER BLVD<br>KETTERING, OH 45420 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>2 PEACHTREE WY<br>BEAVER, PA 15009-1954 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HH GREGG/SYNCHRONY BANK**<br>PO BOX 965005<br>ORLANDO, FL 32896 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOME DEPOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOME DEPOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **IQUANTIFIED MANAGEMENT**<br>PO BOX 370130<br>DENVER, CO 80237 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **KOHL'S**<br>POB 2983<br><br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MED EXPRESS**<br>POB 7964<br><br>BELFAST, ME 04915 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DBA MEDIC RESCUE**<br>313 BRIDGE ST<br><br>BEAVER, PA 15009 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NATIONAL HOSPITAL COLLECTIONS***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV 26501 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HERITAGE VALLEY MEDICAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **QVC++**<br>C/O GEMB<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GECC/SAMS CLUB++**<br>POB 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SOUTH HILLS RADIOLOGY ASSOC(*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SPRINT CORP(*)**<br>PO BOX 3326<br><br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br><br>MADISON, WI 53701 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **TRANSWORLD SYSTEMS**<br>2235 MERCURY WAY<br>STE 275<br>SANTA ROSA, CA  95407 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **TRANSWORLD SYSTEMS**<br>2235 MERCURY WAY<br>STE 275<br>SANTA ROSA, CA  95407 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **TRANSWORLD SYSTEMS**<br>2235 MERCURY WAY<br>STE 275<br>SANTA ROSA, CA  95407 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:3-2<br>CLAIM:  0.00<br>COMMENT:  $0/PL-AMD CL*THRU 4/15~LN MOD | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2502 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:3-2<br>CLAIM:  725.00<br>COMMENT:  NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/56*AMD | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2502 |
| **FIRST COMMONWEALTH BANK**<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  4,127.44<br>COMMENT:  UNS BAL AFT/DOE*W/6 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2911 |