IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DOMINIC RIZZUTO,<br><br>    Debtor.<br><br>_____<br><br>West Aircomm Federal Credit Union<br><br>    Movant,<br><br>  v.<br><br>    No Respondent. | ) Bankruptcy Case No. 15-21119-CMB<br>) Chapter 13<br>) Related to Document No. 47<br>) Doc No: _____ |

## **ORDER**

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Dyer Law Firm, P.C. and Erin P. Dyer are GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____

                                          Judge Carlota M. Bohm
                                          United States Bankruptcy Judge