**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dominic Rizzuto**
   Debtor(s)

Bankruptcy Case No.: 15–21119–CMB

Chapter: 13
Docket No.: 95 – 94

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Erin P. Dyer has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: December 12, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dominic Rizzuto  
      Debtor

Case No. 15-21119-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Dec 12, 2018  
                      Form ID: 143      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
aty            +Erin P. Dyer,   Law Office of Michael J. Romano,   128 South 2nd Street,    Clarksburg, WV 26301-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC     andygornall@latouflawfirm.com
        Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,     agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
        Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union     erindyer@wvlegalcounsel.com
        Erin P. Dyer    on behalf of Creditor    West Aircomm Federal Credit Union     erindyer@wvlegalcounsel.com
        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC     bkgroup@kmllawgroup.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Robert J. Colaizzi    on behalf of Plaintiff Dominic  Rizzuto robert@colaizzilaw.com,     paralegal@colaizzilaw.com;destinie@colaizzilaw.com
        Robert J. Colaizzi    on behalf of Debtor Dominic  Rizzuto robert@colaizzilaw.com,     paralegal@colaizzilaw.com;destinie@colaizzilaw.com
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 10