IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| DOMINIC RIZZUTO, | ) Bankruptcy Case No. 15-21119-CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| | ) Related to Document No. 47 |
| | ) |
| | ) Doc No: 92 |
| West Aircomm Federal Credit Union | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| No Respondent. | ) |

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Dyer Law Firm, P.C. and Erin P. Dyer are GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: December 12, 2018

Judge Carlota M. Bohm
United States Bankruptcy Judge

FILED
12/12/18 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-21119-CMB
Dominic Rizzuto                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Dec 12, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db             +Dominic Rizzuto,    817 State Route 18,    Aliquippa, PA 15001-9421
               +Erin P. Dyer, Esq.,   Law Office of Michael J. Romano,    128 South 2nd Street,
                 Clarksburg, WV 26301-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              Erin P. Dyer    on behalf of Creditor    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland     on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Colaizzi    on behalf of Plaintiff Dominic  Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Robert J. Colaizzi    on behalf of Debtor Dominic  Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10