IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: **15-21119-cmb** |
| Dominic Rizzuto, | : | |
|                Debtor | : | Chapter 13 |
| Dominic Rizzuto, Movant | : | |
|      Vs. | : | Related to: Document No. 98 |
| No Respondent. | : | |

## ORDER OF COURT

AND NOW, this __21st__ day of __March__, 2019, upon the Motion to Substitute Attorney, it is SO ORDERED, ADJUDGED AND DECREED that the appearance of Robert Colaizzi, Esquire as Counsel for Debtor is withdrawn from this case and that that Shawn N. Wright, Esquire, hereby appears in the above-captioned case on behalf of Debtor above. Pursuant to Section 1109(b) of the Bankruptcy Code, all copies of notices and pleadings given or filed in this case shall be served upon the following person:

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Fax: (412) 226-5216
shawn@shawnwrightlaw.com

BY THE COURT:

_____
U.S. Bankruptcy Judge

FILED
3/21/19 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21119-CMB
Dominic Rizzuto                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db             +Dominic Rizzuto,    817 State Route 18,    Aliquippa, PA 15001-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Colaizzi    on behalf of Debtor Dominic  Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Robert J. Colaizzi    on behalf of Plaintiff Dominic  Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Dominic  Rizzuto shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                   TOTAL: 10