IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dominic Rizzuto,<br>　　　　　　　　Debtor | BK NO. 15-21119 CMB |
| Dominic Rizzuto,<br>　　　　　　　　Movant<br>　vs. | Chapter 13 |
| | Related to: Document Nos. 104, 108 |
| Advanced Recovery Systems; Allegheny Clinic; Allied Adjustors; American Honda Finance; Barclays Bank Delaware; Bby/cbna; Beaver County Domestic Relations; Best Buy; Bank of America; Capital One; Capital One Auto Finance; Cb/justice; Cerastes, LLC; Chase/Bank One Card; Chase Card; Citicards; Citizens Bank; Clarke Pathology; Collection Service Center; Comenity Bank; Comenity Bank/gnteagle; Convergent; Credit One Bank; Discover Financial Services, LLC; Diversified Consultants; ESB Bank First Commonwealth Bank; Fnb Omaha; Ford Motor Credit; First Bankcard; GECRD/Care CreditCredit; Heritage Valley Health System; Home Depot/Citibank; Iquantified Management; Kohls; Lakeview Loan Servicing, LLC; M&T Bank; Medexpress; Medic Rescue; Merrick Bank; Midland St Bank; National Hospital Collections; Sheffield Financial Co; South Hills Radiology; Sprint; State Collection Service Inc; Syncb/Care Credit; Syncb/HH Gregg; Syncb/JC Penney; Syncb/QVC; Synchrony Bank/Sams Club Syncb/Walmart; TD Bank USA; TD Bank Usa; Transworld; Walmart; West Aircomm Federal Credit Union & Ronda J. Winnecour, Chapter 13 Trustee, | |

Respondents        :

## **ORDER OF COURT**

And now, this __14th__ day of __May__, 2019, upon Debtor's Motion to Withdraw Motion for Hardship Discharge, it is hereby ORDERED and ADJUDGED, that the Motion for Hardship Discharge is withdrawn.

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
5/14/19 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21119-CMB
Dominic Rizzuto                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1              Date Rcvd: May 15, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db          +Dominic Rizzuto,   817 State Route 18,   Aliquippa, PA 15001-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Colaizzi    on behalf of Plaintiff Dominic  Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Dominic  Rizzuto shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 9