**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | |
| Dominic Rizzuto, | : | BK NO. 15-21119 CMB |
|         Debtor | : | |
| Dominic Rizzuto, | : | Chapter 13 |
|         Movant | : | |
| vs. | : | |
| | : | Hrg: 7/24/2019 @ 10 am |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|         Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO DISMISS CASE**

**T**he undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on June 14, 2019 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 1, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                          /s/ Shawn N. Wright
                          SHAWN N. WRIGHT, ESQUIRE
                          Counsel for Debtor; PA#64103
                          7240 McKnight Road
                          Pittsburgh, PA 15237
                          (412) 920-6565
                          shawn@shawnwrightlaw.com