Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dominic Rizzuto** | : | Case No. 15−21119−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | ENTERED BY DEFAULT |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 3rd of July, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-21119-CMB
Dominic Rizzuto                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr              Page 1 of 3              Date Rcvd: Jul 03, 2019
                          Form ID: 309            Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
```
db             +Dominic Rizzuto,    817 State Route 18,    Aliquippa, PA 15001-9421
14021778      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,     845 23rd St,    Aliquippa, PA  15001)
14021779      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808)
14055844       +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
14055845        Allegheny Clinic,    PO Box 848659,    Boston, MA 02284-8659
14055846       +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
14021782       +Bby/cbna,   50 Northwest Point Road,     Elk Grove Village, IL 60007-1032
14055850        Beaver County Domestic Relations,     Beaver County Courthouse,    Beaver, PA  15009
14055851       +Best Buy,   PO Box 6497,    Sioux Falls, SD 57117-6497
14055857      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     363 Vanadium Road,    PO Box 13446,
                 Pittsburgh, PA  15243)
14055858      ++COLLECTION SERVICE CENTER INC BUTLER PA,     PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,     PO Box 1623,    Butler, PA  16003)
14021791       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14055856       +Clarke Pathology,    5700 Southwick Blvd.,    Toledo, OH 43614-1509
14055859        Collection Service Center,    PO Box 13466,    Pittsburgh, PA 15243
14055864       +Diversified Consultants,    Po Box 571,    Fort Mill, SC 29716-0571
14021796       +Esb Bk Ellwd,    600 Lawrence Ave,    Ellwood City, PA 16117-1930
14055866       +FST Bankcard,    PO Box 3412,    Omaha, NE 68103-0412
14116094       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14021798       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14055868       +Heritage Valley Health System,    1000 Dutch Ridge Rd,    Beaver, PA 15009-9727
14055871       +Iquantified Management,    PO Box 370130,    Denver, CO 80237-0130
14055875        Medexpress,    PO Box 7964,    Belfast, ME  04915-7900
14055876       +Medic Rescue,    313 Bridge Street,    Beaver, PA 15009-2906
14021802       +Midland St Bk/grnsky/t,    1797 Ne Expressway,    Atlanta, GA 30329-7803
14055881       +South Hills Radiology,    P.O. Box 797,    Bethel Park, PA 15102-0797
14055883       +State Collection Service Inc,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14055885       +Transworld,    PO Box 15618,    Wilmington, DE 19850-5618
14055886       +Transworld,    5 Penn Center Ste 100,    Pittsburgh, PA 15276-0126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: adjustor@westaircomm.com Jul 04 2019 02:40:42
                 West Aircomm Federal Credit Union,    PO Box 568,    Beaver, PA 15009-0568
14021780        EDI: HNDA.COM Jul 04 2019 06:38:00      American Honda Finance,    1235 Old Alpharetta Rd,
                 Alpharetta, GA  30005
14055848        EDI: HNDA.COM Jul 04 2019 06:38:00      American Honda Finance,    1335 Northmeadow Parkway,
                 Suite 100,    Roswell, GA  30076
14021781       +EDI: TSYS2.COM Jul 04 2019 06:38:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
14055849       +EDI: TSYS2.COM Jul 04 2019 06:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
14021783       +EDI: BANKAMER.COM Jul 04 2019 06:38:00      Bk Of Amer,    450 American St,
                 Simi Valley, CA 93065-6285
14021785        EDI: CAPITALONE.COM Jul 04 2019 06:38:00      Capital One,    Po Box 85015,    Richmond, VA  23285
14028919       +E-mail/Text: bncmail@w-legal.com Jul 04 2019 02:41:28       CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14021784       +EDI: CAPITALONE.COM Jul 04 2019 06:38:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14055852       +EDI: CAPITALONE.COM Jul 04 2019 06:38:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14021787       +EDI: CAPITALONE.COM Jul 04 2019 06:38:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
14021786       +EDI: CAPITALONE.COM Jul 04 2019 06:38:00      Capital One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3438
14021788       +EDI: CAPONEAUTO.COM Jul 04 2019 06:38:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
14021789       +EDI: WFNNB.COM Jul 04 2019 06:38:00      Cb/justice,    Po Box 182789,    Columbus, OH 43218-2789
14055853       +EDI: CHASE.COM Jul 04 2019 06:38:00      Chas/Bank One Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
14021790       +EDI: CHASE.COM Jul 04 2019 06:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14055854       +EDI: CITICORP.COM Jul 04 2019 06:38:00      Citicards,    701 E 60th Street N,
                 Sioux Falls, SD 57104-0432
14055860       +EDI: WFNNB.COM Jul 04 2019 06:38:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
14021792       +EDI: WFNNB.COM Jul 04 2019 06:38:00      Comenity Bank/anntylr,    Po Box 182273,
                 Columbus, OH 43218-2273
14021793       +EDI: WFNNB.COM Jul 04 2019 06:38:00      Comenity Bank/gnteagle,    Po Box 182685,
                 Columbus, OH 43218-2685
14055861        +EDI: CONVERGENT.COM Jul 04 2019 06:38:00      Convergent,    PO Box 9004,    Renton, WA 98057-9004
```

```
District/off: 0315-2           User: gamr                 Page 2 of 3                   Date Rcvd: Jul 03, 2019
                               Form ID: 309               Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14055862         EDI: RCSFNBMARIN.COM Jul 04 2019 06:38:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14021794        +EDI: RCSFNBMARIN.COM Jul 04 2019 06:38:00      Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
14055863         EDI: DISCOVER.COM Jul 04 2019 06:38:00      Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850
14021795        +EDI: DISCOVER.COM Jul 04 2019 06:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14021797        +E-mail/Text: bankruptcynotice@fcbanking.com Jul 04 2019 02:40:43       First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14055865         E-mail/Text: bankruptcynotice@fcbanking.com Jul 04 2019 02:40:43       First Commonwealth Bank,
                 22 N 6th Street,    Indiana, PA 15701-1802
14021799        +EDI: FORD.COM Jul 04 2019 06:38:00      Frd Motor Cr,    P.o.box 542000,    Omaha, NE 68154-8000
14055867        +EDI: RMSC.COM Jul 04 2019 06:38:00      GECRB/ Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
14055869        +EDI: RMSC.COM Jul 04 2019 06:38:00      HH Gregg,    PO Box 965036,    Orlando, FL 32896-5036
14055870        +EDI: CITICORP.COM Jul 04 2019 06:38:00      Home Depot/Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14055872        +EDI: RMSC.COM Jul 04 2019 06:38:00      JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
14055873        +E-mail/Text: bncnotices@becket-lee.com Jul 04 2019 02:40:47       Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14107878        +E-mail/Text: camanagement@mtb.com Jul 04 2019 02:40:51       Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14021800         E-mail/Text: camanagement@mtb.com Jul 04 2019 02:40:51       M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
14055874         E-mail/Text: camanagement@mtb.com Jul 04 2019 02:40:51       M&T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
14021801        +EDI: MERRICKBANK.COM Jul 04 2019 06:38:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14055877        +EDI: MERRICKBANK.COM Jul 04 2019 06:38:00      Merrick Bank,    PO Box 1500,
                 Draper, UT 84020-1500
14055878        +EDI: NHCLLC.COM Jul 04 2019 06:38:00      National Hospital Collections,
                 16 Distribution Drive Suite 2,    Morgantown, WV 26501-7209
14055879        +EDI: RMSC.COM Jul 04 2019 06:38:00      QVC,    PO Box 53095,    Atlanta, GA 30355-1095
14055882         EDI: NEXTEL.COM Jul 04 2019 06:38:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197
14055880        +EDI: RMSC.COM Jul 04 2019 06:38:00      Sams Club,    PO Box 965005,    Orlando, FL 32896-5005
14021803        +E-mail/Text: bankruptcy@bbandt.com Jul 04 2019 02:40:53       Sheffield Financial Co,
                 2554 Lewisville Clemmons,     Clemmons, NC 27012-8110
14021804        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14021805        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/hh Gregg,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14021806        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14021807        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/lane Furniture,    C/o P.o. Box 965036,
                 Orlando, FL 32896-0001
14021808        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/qvc,    Po Box 965018,    Orlando, FL 32896-5018
14021809        +EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/sams Club,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
14021810         EDI: RMSC.COM Jul 04 2019 06:38:00      Syncb/walmart,    Po Box 965024,    El Paso, TX 79998
14055884        +EDI: WTRRNBANK.COM Jul 04 2019 06:38:00      TD Bank USA,    PO Box 673,
                 Minneapolis, MN 55440-0673
14021811        +EDI: WTRRNBANK.COM Jul 04 2019 06:38:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
14021812        +EDI: CITICORP.COM Jul 04 2019 06:38:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14055887        +EDI: RMSC.COM Jul 04 2019 06:38:00      Walmart,    PO Box 965024,    Orlando, FL 32896-5024
14055888        +E-mail/Text: adjustor@westaircomm.com Jul 04 2019 02:40:42       West Aircomm,    PO Box 568,
                 Beaver, PA 15009-0568
14021813        +E-mail/Text: adjustor@westaircomm.com Jul 04 2019 02:40:42       West Aircomm Fcu,
                 485 Buffalo St,    Beaver, PA 15009-2058
                                                                                                TOTAL: 56

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14055847*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
14055855*      +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
                                                                                    TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: gamr              Page 3 of 3              Date Rcvd: Jul 03, 2019
                              Form ID: 309            Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Erin P. Dyer    on behalf of Defendant    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Colaizzi    on behalf of Plaintiff Dominic   Rizzuto robert@colaizzilaw.com,
               paralegal@colaizzilaw.com;destinie@colaizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Dominic  Rizzuto shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 9