**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DOMINIC RIZZUTO | Case No.:15-21119 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 04/01/2015  and confirmed on 07/23/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,947.51 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,947.51 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 4,211.16 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,711.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>   Acct: 2502 | 0.00 | 58,652.21 | 0.00 | 58,652.21 |
| LAKEVIEW LOAN SERVICING LLC<br>   Acct: 2502 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST-AIRCOMM FCU<br>   Acct: 7321 | 5,886.20 | 5,886.20 | 825.34 | 6,711.54 |
| AMERICAN HONDA FINANCE CORP*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK*<br>   Acct: 2911 | 23,747.71 | 23,747.71 | 3,124.89 | 26,872.60 |
| | | | | 92,236.35 |
| Priority | | | | |
| SHAWN N WRIGHT ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DOMINIC RIZZUTO<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

15-21119          **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**          Page 2 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| COLAIZZI LAW FIRM PC++ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT J COLAIZZI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEAVER COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAKEVIEW LOAN SERVICING LLC | 725.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2502 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CERASTES LLC | 1,195.49 | 0.00 | 0.00 | 0.00 |
| Acct: 3823 | | | | |
| ARS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ALLIED ADJUSTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIZENS BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CLARKE AND CLARKE PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| DIVERSIFIED CONSULTANTS<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST BANKCARD<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CARE CREDIT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| HERITAGE VALLEY HEALTH SYSTEM++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| HH GREGG/SYNCHRONY BANK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| IQUANTIFIED MANAGEMENT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| GEMB/JCPENNEY++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| KOHL'S<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| MED EXPRESS<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| DBA MEDIC RESCUE<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS*<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| QVC++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| GECC/SAMS CLUB++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS RADIOLOGY ASSOC(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT CORP(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| TD BANK NA(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WAL MART++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK*<br>Acct: 2911 | 4,127.44 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                     92,236.35

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY              725.00
SECURED            29,633.91
UNSECURED          5.322.93

Date: 08/08/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com