**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:

      DOMINIC RIZZUTO

      Debtor(s)

Case No. 15-21119CMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 04/01/2015.

2)  The plan was confirmed on 07/23/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 08/30/2016.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/03/2019.

5)  The case was dismissed on 07/03/2019.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 53.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $28,177.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $98,947.51 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$98,947.51** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,211.16 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,711.16** |

Attorney fees paid and disclosed by debtor:     $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLEGHENY CLINIC++ | Unsecured | 69.50 | NA | NA | 0.00 | 0.00 |
| ALLIED ADJUSTORS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP* | Secured | 21,553.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP* | Secured | 4,784.00 | NA | NA | 0.00 | 0.00 |
| ARS | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY** | Priority | 458.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY++ | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,454.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 3,510.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,021.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,990.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,906.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 946.00 | NA | NA | 0.00 | 0.00 |
| CARE CREDIT | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,058.00 | 1,195.49 | 1,195.49 | 0.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 14,115.36 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 1,456.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK* | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| CLARKE AND CLARKE PATHOLOGY | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 1,455.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,915.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 530.40 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 342.94 | NA | NA | 0.00 | 0.00 |
| DBA MEDIC RESCUE | Unsecured | 923.80 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 829.23 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 550.72 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST BANKCARD | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | 0.00 | 0.00 | 4,127.44 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Secured | 32,145.00 | 28,627.44 | 23,747.71 | 23,747.71 | 3,124.89 |
| GECC/SAMS CLUB++ | Unsecured | 1,219.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE VALLEY HEALTH SYSTEM | Unsecured | 34,561.70 | NA | NA | 0.00 | 0.00 |
| HH GREGG/SYNCHRONY BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| IQUANTIFIED MANAGEMENT | Unsecured | 4,800.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,122.00 | NA | NA | 0.00 | 0.00 |
| KOHL'S | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Priority | 0.00 | 725.00 | 725.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 143,125.00 | 161,535.06 | 0.00 | 58,652.21 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MED EXPRESS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 4,859.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS | Unsecured | 14,182.76 | NA | NA | 0.00 | 0.00 |
| QVC++ | Unsecured | 559.72 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS RADIOLOGY ASSOC(*) | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 550.72 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 491.50 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 1,921.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++ | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++ | Unsecured | 272.25 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++ | Unsecured | 2,727.00 | NA | NA | 0.00 | 0.00 |
| WAL MART++ | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| WEST-AIRCOMM FCU | Secured | 21,195.00 | 12,970.63 | 5,886.20 | 5,886.20 | 825.34 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $58,652.21 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $29,633.91 | $29,633.91 | $3,950.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,633.91** | **$88,286.12** | **$3,950.23** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $725.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$725.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$5,322.93** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,711.16 |
| Disbursements to Creditors | $92,236.35 |
| **TOTAL DISBURSEMENTS** : | **$98,947.51** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/13/2019                    By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**